UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Raheem Dasheen Jackson
Plaintiff

V.

Tort Claim NO:
TRT-MXR-2025-06471

UNITED STATES OF AMERICA
Defendant

COMPLAINT FOR DAMAGES

## COMPLAINT FOR DAMAGES

## NEGLIGENCE/DENIED ACCESS TO THE COURTS

### Jurisdiction And Venue

1) This Court has Jurisdiction under 28 U.S.C. §1346, and the federal tort Claims Act.

2) On April 23, 2025 Plaintiff Submitted an Adminstrative claim on Standard form 95 Claim For Damages, Injury, or Death, to the UNITED STATES Department of Justice, Federal Bureau of Prisons, South east Regional Office, This Claim was Denied on November 26, 2025, Tort Claim NO; TRT-MXR-2025-06471.

3) Plaintiff is a resident of the federal Bureau of Prisons, At USP Atwater, P.O. Box 019001, ATWATES, CALIFORNIA, 95301.

4) Defendant United States of America is sued under the federal tort claims act for NEGLIGENCE / DENIED ACCESS TO THE COURTS, by the Counselor of the Federal Bureau of Prison.

a) Counselor R. Bowers who at all relevant times an employee and counselor of the federal Bureau of Prisons an agency of the United States of America;

b) Warder over USP 1 Coleman Years of 2023 and 2024, who at all relevant times an employee and Warden of the federal Bureau of Prisons an agency of the United States of America;

c) Captain over USP 1 coleman operations Years of 2023 and 2024, who at all times an employee and captain an officer of the federal Burea of Prisons an agency of the United States of America.

## FACT

I Raheem Dasheen Jackson was denied access to the Courts, by counselor, R. Bowers at coleman USP 1, Because Counselor R. Bowers have the power to write or Email the captain or the Warden an memorandum with the names of the individual that's on appeal and put the memorandum in the dorm for the officers and Inmates to Know that, on certain days or when the institution are short of Staff or when the institution on locked down that the individual who names in the memorandum they are still able to access the Courts and get law Material. I wrote a Inmate request to Staff, requesting to be able to use the law library do to the facts that I was working on my Second brief on my appeal and by me being locked down was hindering me from being able to fight my case. See, Exhibit A, Dated File, 7/22/2023,

Counselor Mr R. Bowers Response back, 7/28/2023. I Raheem Dasheen Jackson Date Filed 7/24/2023 time: 10:15am a BP-8, Requesting to be able to use the law library, Because I was working on my Appeal brief the second brief which was my last argument and August was the deadline for me to finish my second brief I also was requesting to set up a Phone call with my Attorney he said that my Attorney have to Email him in order for me to talk to my Attorney, Mr R. Bowers, Response to my BP-8 Date: 8-11-2023, see Exhibit B.
My counsel recieved the Panel decision on January 05, 2024 that I Raheem Dasheen Jackson case was AFFIRMED.
My Attorney Mario A Pacella Georgia Bar Number 558519, was filing a Petition for rehearing or rehearing en banc, currently due on January 19, 2024 My counsel had to ask for additional fourteen days do to

the fact that counsel received Panel decision on January 09, 2024, Counsel Mario A. Pacella for Appellant reachout via electronic mail (as has been previously requested by Counselor R. Bowers) to the United States, Bureau of Prisons Bowers for a legal call with Appellant, On Thursday January 11, 2024 counsel, for Appellant again reached out to Counselor R. Bowers via electronic mail to schedule a legal call with Appellant, Counsel for Appellant had not a response from Counselor R. Bowers, On January 16, 2024 Prior to filing a motion to the court for extended time Counsel for Jackson reached out to Counselor R. Bowers via electronic mail, That message resulted in finally Scheduling a call for January 19, 2024 the day any Petition for rehearing or rehearing en banc is due. To Properly advise Jackson of his rights a discussion is necessary. See Exhibit D, which cause an "actual injury, because of inadequate access, not being able to

access the courts.
Also my Petition for rehearing was denied. See Exhibit E. Do to counselor R. Bowers negligence, cause me actual injury, the most common area of litigation around court access include my right to file legal paper and to seek and meet with my lawyer and legal workers and get reasonable access to law books. The Warden also told Counselor R. Bowers to get all the name that's on appeal and make a memorandum with all the names and Counselor R. Bowers never got the names and his negligence cause me Damages and Personal injury, year of 2023 and 2024.

I Claimant Raheem Dasheen Jackson declare under Penalty of Perjury, pursuant to 28 U.S.C. 1746 that the above stated facts are true and correct to the best of my knowledge and belief.

Executed on this 10 day of December 2025
Raheem [signature]
United States Penitentiary, P.O Box 019001, Atwater, California 95301

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Raheem Dasheen Jackson Reg No. 79674509
USP Atwater
P.O. Box 019001
Atwater, California 95301

Tort Claim: TRT-MXR-2025-06471

I Plaintiff, acting Pro se, filing a complaint claiming seeking relief pursuant to the Federal Tort Claims Act [FTCA], 28 U.S.C. §§ 1346(b) and 2671, for Negligence and Denied access to the Courts. I need an Application to Proceed in Forma Pauperis or without Prepayment of fees, or obtain approval to Proceed in forma Pauperis or without Prepayment of fees. Title 28 U.S.C. 1915.

I Claimant Raheem Dasheen Jackson declare under Penalty of Perjury pursuant to 28 U.S.C. 1746 that the above stated facts are true and correct to the best of my knowledge and belief.

Executed on this 10 day of December, 2025.

Raheem Run Jon
UNITED STATES PENITENTIARY ATWATER
P.O. Box 019001
Atwater, California 95301